```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 19-04276-RNO
Melvin Ammon Swisher                                                Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-4           User: admin              Page 1 of 1            Date Rcvd: Jan 24, 2020
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Melvin Ammon Swisher,    7192 Rose Valley Road,    Trout Run, PA 17771-8976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
          Daniel J. Rheam    on behalf of Debtor 1 Melvin Ammon Swisher court@rheamlaw.com
          James   Warmbrodt    on behalf of Creditor    United States of America, acting through the Farm
           Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com
          Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
          Mark D Pfeiffer    on behalf of Creditor    Summitbridge National Investments VI LLC
           mark.pfeiffer@bipc.com, donna.curcio@bipc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Melvin Ammon Swisher,<br>aka Melvin A Swisher, | Chapter 7 |
| **Debtor 1** | Case No. 4:19−bk−04276−RNO |

Social Security No.: xxx−xx−7145

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 23, 2020

BY THE COURT
By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)